UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 14-24835-CIV-LENARD/GOODMAN

TAL HILSON,

      Plaintiff,                      INJUNCTIVE RELIEF SOUGHT

vs.

SUPERCUTS CORPORATE SHOPS, a Florida
Corporation d/b/a SUPERCUTS #90479,

      Defendant.
_____/

**PLAINTIFF'S MOTION FOR VOLUNTARILY DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

      Plaintiff, TAL HILSON, by and through undersigned counsel, hereby moves this Honorable Court for an Order granting the dismissal with prejudice of this case and in support thereof alleges as follows:

**FACTS**

      Defendant has produced sufficient evidence that the subject facility is ADA-compliant. As such, Plaintiff requests the court grant this Motion for Voluntary Dismissal with Prejudice.

**MEMORANDUM OF LAW**

      Rule 41(a)(2) of the Federal Rules of Civil Procedure states as follows: Except as provided in Rule 41(a)(1), an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper.

      WHEREFORE, Plaintiff hereto request this Court enter the attached Order allowing for the voluntary dismissal of the case with prejudice.

## CERTIFICATE OF GOOD FAITH CONFERENCE

In accordance with Local Rule 7.1(a)(3), Counsel for the movant conferred with Defendant's Counsel via email on March 16, 2015 and March 17, 2015 and Defendant's Counsel does not object to the relief requested herein.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 17, 2015 I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document id being served this day on all counsel of record via transmission of Notices of Electronic filing generated by CM/ECF.

Respectfully submitted,

MARK D. COHEN, P.A.
Attorney for Plaintiff
Presidential Circle, Ste.435 So.
4000 Hollywood Blvd.
Hollywood, FL 33021
Telephone: (954) 962-1166
Fla. Bar No. 347345

*/s/ MARK D. COHEN*
MARK D. COHEN, ESQ.

## SERVICE LIST

Kelly H. Kolb, ESQ.
BUCHANAN INGERSOLL ROONEY PC
1200 East Las Olas Blvd., Ste 500
Fort Lauderdale, FL 33301
T: 954-703-3900
Counsel for Defendant